IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00806-GCM

| | |
|---|---|
| ACCELERANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> APP SOLUTIONS INTERNATIONAL, INC., <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Angelika Hunnefeld (Doc. No. 10).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Ms. Hunnefeld is admitted to appear before this court *pro hac vice* on behalf of Defendant.

**IT IS SO ORDERED**.

Signed: November 25, 2024

Graham C. Mullen
United States District Judge